David J. Linden
Attorney at Law
CSBN 41221
Post Office Box 5780
Napa, CA 94581
Tel. (707) 252-7007
Fax. (707) 252-7883
Email: david@lindenlaw.net
Attorney for Plaintiff, Diana L. Bacinett

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DIANA L. BACINETT,<br><br>    Plaintiff,<br><br>vs.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>    Defendant | Case No. 5:19-cv-07989-SVK<br><br>STIPULATION AND (~~PROPOSED~~) ORDER EXTENDING PLAINTIFF'S TIME TO FILE PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |

IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, and subject to the approval of the Court, that the plaintiff's time to file her Motion for Summary Judgment herein is hereby extended for a period of thirty days. Plaintiff's Motion for Summary Judgment is currently due Friday, April 17.

This extension is requested because of workload in other court matters. If approved, plaintiff's time to file her Motion for Summary Judgment is extended from Friday, April 17, 2020 to Monday, May 18, 2020.

This is plaintiff's first request for an extension to file her Motion for Summary Judgment.

Dated: April 13, 2020       /s/ David J. Linden
                            DAVID J. LINDEN
                            Attorney at Law
                            Attorney for Plaintiff


                            DAVID L. ANDERSON
                            United States Attorney

Dated:   April 13, 2020     /s/  Amanda Schapel
                            [Authorized via electronic mail 4/13/20]
                            AMANDA SCHAPEL
                            Special Assistant United States Attorney
                                Of Attorneys for Defendant

PURSUANT TO STIPULATION IT IS SO ORDERED.

Dated: April 13, 2020       _____
                            HON. SUSAN VAN KEULEN
                            UNITED STATES MAGISTRATE JUDGE