DAVID L. ANDERSON, CSBN 149604
United States Attorney
DEBORAH LEE STACHEL, CSBN 230138
Regional Chief Counsel, Region IX
Social Security Administration
AMANDA SCHAPEL, CSBN 271295
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, CA 94105-1545
    Telephone: (415) 977-8983
    Facsimile: (415) 744-0134
    E-mail: Amanda.Schapel@ssa.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| DIANA L. BACINETT,<br><br>    Plaintiff,<br><br>vs.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>    Defendant. | CIVIL NO. 5:19-cv-07989-SVK<br><br>STIPULATION AND ~~PROPOSED~~ ORDER EXTENDING TIME TO FILE DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT **AS MODIFIED BY THE COURT** |

Stip. & ~~Prop.~~ Order **AS MODIFIED BY THE COURT**, 19-cv-07989-SVK

IT IS HEREBY STIPULATED by the parties, through their respective counsel of record, and subject to approval of the Court, that Defendant shall have an extension of 30 days to respond to Plaintiff's Motion for Summary Judgment.  Counsel for Defendant requests this extension because of her heavy workload, including 68 circuit and district court cases, and because Defendant needs additional time to respond to the issues raised in Plaintiff's Motion.  The current due date is June 15, 2020.  The new due date for Defendant's brief will be **July 15, 2020**, and the new due date for Plaintiff to serve and file any reply will be July 29, 2020.  This is Defendant's first request for an extension.

**The parties must meet and confer either by telephone or video (not by email) regarding potential resolution of the dispute before Defendant files its brief.**

Respectfully submitted,

Dated: June 11, 2020         By:    /s/ David J. Linden*
                                    DAVID J. LINDEN
                                    (*as authorized by email on 6/11/20)
                                    Attorney for Plaintiff

Dated: June 11, 2020                DAVID L. ANDERSON
                                    United States Attorney

                             By:    /s/ Amanda Schapel
                                    AMANDA SCHAPEL
                                    Special Assistant United States Attorney

                                    Attorneys for Defendant

ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Dated: June 12, 2020         By: _____
                                    HON. SUSAN VAN KEULEN
                                    United States Magistrate Judge

Stip. & ~~Prop.~~ Order **AS MODIFIED BY THE COURT,** 19-cv-07989-SVK

2