David J. Linden
Attorney at Law
CSBN 41221
Post Office Box 5780
Napa, CA 94581
Tel. (707) 252-7007
Fax. (707) 252-7883
Email: david@lindenlaw.net
Attorney for Plaintiff, Diana L. Bacinett

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DIANA L. BACINETT, | ) Case No. 5:19-cv-07989-SVK |
| Plaintiff, | ) STIPULATION AND (~~PROPOSED~~) ORDER EXTENDING PLAINTIFF'S TIME TO FILE PLAINTIFF'S REPLY |
| vs. | ) |
| ANDREW SAUL, Commissioner of Social Security, | ) |
| Defendant | ) |

IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, and subject to the approval of the Court, that the plaintiff's time to file her Reply herein is hereby extended for a period of sixteen days.  Plaintiff's Motion for Summary Judgment is currently due Wednesday, July 29.

This extension is requested because of workload in other court matters.  If approved, plaintiff's time to file her Reply is extended from July 29, 2020 to Friday, August 14, 2020.

This is plaintiff's first request for an extension to file her Reply herein.

Dated: July 23, 2020        /s/ David J. Linden
                            DAVID J. LINDEN
                            Attorney at Law
                            Attorney for Plaintiff


                            DAVID L. ANDERSON
                            United States Attorney

Dated:   July 23, 2020      /s/  Amanda Schapel
                            [Authorized via electronic mail 7/23/20]
                            AMANDA SCHAPEL
                            Special Assistant United States Attorney
                                 Of Attorneys for Defendant


PURSUANT TO STIPULATION IT IS SO ORDERED.


Dated: July 23, 2020        _____
                            HON. SUSAN VAN KEULEN
                            UNITED STATES MAGISTRATE JUDGE